NEIL H. BOWIE V. THE STATE.

No. 23145. Delivered June 6, 1945.
Appellant's Motion for Rehearing Overruled Without Written
opinion) June 28, 1945.

The opinion states the case.

*Robert S. Durno,* of Houston, for appellant.

*Ernest S. Goens,* State's Attorney, of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for embezzlement, punishment two years in the penitentiary.

The judgment is affirmed for the same reasons appearing in our opinion in No. 23,142.